YARMUTH WILSDON PLLC
Scott T. Wilsdon (SBN 138987)
   wilsdon@yarmuth.com
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888

Attorneys for Plaintiff Getty Images (US), Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GETTY IMAGES (US), INC., a New York corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>LTS – LEGAL TECHNOLOGY STAFFING, LLC, a California limited liability company,<br><br>       Defendant. | **No.**<br><br>**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |

Plaintiff GETTY IMAGES (US), INC. ("Getty Images"), by and through its undersigned attorneys, alleges as follows.

## INTRODUCTION

1. Plaintiff Getty Images is one of the world's leading providers of digital content, including photographic imagery. Getty Images brings this action to enjoin the continuing infringements of copyrights by defendant LTS – Legal Technology Staffing, LLC ("LTS") and to recover damages therefor and to obtain other relief described in this Complaint.

COMPLAINT

-- 1 --

**PARTIES**

2. Plaintiff Getty Images (US), Inc. is a New York corporation with its principal place of business in New York, New York.

3. Defendant LTS – Legal Technology Staffing, LLC, is a California limited liability company with offices in Redondo Beach, California. Upon information and belief, defendant LTS is the registered owner of the domains legaltechnologystaffing.com and lts-inc.com. Upon information and belief, LTS directly participated in the wrongful conduct alleged in this Complaint, and/or had the right and ability to supervise, direct and control the wrongful conduct of others, and derived a direct financial benefit from that wrongful conduct.

**JURISDICTION AND VENUE**

4. This Court has original and exclusive subject matter jurisdiction over this action, pursuant to 28 U.S.C. §§ 1331 and 1338(a), because this the claim asserted herein arises under federal law; that is, the Copyright Act, 17 U.S.C. § 101, *et seq.*

5. Defendant LTS is subject to personal jurisdiction because it is organized under the laws of California and maintains an office in the state. Additionally, LTS displays its websites, www.legaltechnologystaffing.com and www.lts-inc.com, throughout California, purposefully directs those websites to residents of the state, and otherwise is engaged in business in the state.

6. Venue is proper in this District, pursuant to 28 U.S.C. § 1400(a), because defendant LTS or its agent resides or may be found in this District. Upon information and belief, venue is also proper in this District, pursuant to 28 U.S.C. § 1391(b)(2),

1 because a substantial part of the events or omissions giving rise to the claims asserted in this Complaint occurred in the District.

## FACTUAL BACKGROUND

7. Getty Images is one of the world's leading digital content providers, supplying imagery, video and music to business customers. Getty Images licenses content for a wide variety of uses, including use online, in websites, books, newspapers, magazines, television and film productions, advertisements, marketing materials, products and packaging. Getty Images generates revenue from licensing the rights to use its content, including imagery, and from providing related services.

8. Getty Images was the first company to license imagery via the Internet and today delivers virtually all of its visual content digitally. Visitors to Getty Images' website, www.gettyimages.com, can search and view millions of images that have been cataloged, organized and stored in an online digital catalog ("Getty Images' Catalog") and obtain licenses for those images online.

9. Getty Images owns some of the content that it licenses. Getty Images also acts as the distributor for more than 200,000 content suppliers – contributors, such as individual photographers, illustrators, filmmakers, media organizations, other stock photo agencies, and independent musicians. Many content suppliers prefer to retain ownership of their work and, as a result, copyright to content remains with the artists in most cases, while Getty Images obtains by contract the right to market, distribute, and license that content to third parties. Some of this content is licensed to Getty Images on an exclusive basis.

10. In or about August 2015, Getty Images identified multiple photographs from Getty Images' Catalog that had been reproduced, displayed to the public and distributed by defendant LTS without authorization by or payment to Getty Images or the photographers it represents. LTS has infringed and continues infringe the copyrights in those images by reproducing, displaying and distributing them on its websites, www.legaltechnologystaffing.com and www.lts-inc.com. Each image was at that time and is still today owned by or exclusively licensed to Getty Images.

11. Defendant LTS's infringements of copyrights include, but are not limited to, the following:

    a. Beginning in at least February 8, 2012 and continuing to the present, defendant LTS has infringed the copyright in a photographic image entitled "Teamwork in electronic manufacturing" (Getty Images' Catalog No. 103340578) by displaying, reproducing and distributing that image on its websites www.legaltechnologystaffing.com and www.lts-inc.com without authorization by or payment to Getty Images.

    b. Beginning in at least November 11, 2011 and continuing to the present, defendant LTS has infringed the copyright in a photographic image entitled "Businessman at desk, touching globe" (Getty Images' Catalog No. 200191643-002) by displaying, reproducing and distributing that image on its websites www.legaltechnologystaffing.com and www.lts-inc.com without authorization by or payment to Getty Images.

    c. Beginning in at least July 31, 2015 and continuing to the present, defendant LTS has infringed the copyright in a photographic image entitled

1  "Man working on computer in home office" (Getty Images' Catalog No.
2  89987460) by displaying, reproducing and distributing that image on its
3  websites www.legaltechnologystaffing.com and www.lts-inc.com without
4  authorization by or payment to Getty Images.

5        d.      Beginning in at least February 8, 2012 and continuing to the
6  present, defendant LTS has infringed the copyright in a photographic image
7  entitled "Man working on formula" (Getty Images' Catalog No. 85988902) by
8  displaying, reproducing and distributing that image on its websites
9  www.legaltechnologystaffing.com and www.lts-inc.com without authorization
10  by or payment to Getty Images.

11        e.      Beginning in at least November 14, 2011 and continuing to the
12  present, defendant LTS has infringed the copyright in a photographic image
13  entitled "Businessman sitting on chair, smiling, portrait" (Getty Images'
14  Catalog No. 72930798) by displaying, reproducing and distributing that image
15  on its websites www.legaltechnologystaffing.com and www.lts-inc.com without
16  authorization by or payment to Getty Images.

17        f.      Beginning in at least November 10, 2011 and continuing to the
18  present, defendant LTS has infringed the copyright in a photographic image
19  entitled "Businessman on street, low angle view" (Getty Images' Catalog No.
20  200122311-001) by displaying, reproducing and distributing that image on its
21  websites www.legaltechnologystaffing.com and www.lts-inc.com without
22  authorization by or payment to Getty Images.

23

12. On three separate occasions between August 2015 and January 2016, Getty Images sent written notices to defendant LTS regarding its unauthorized use of the subject images, and demanding that LTS immediately remove the images[1] from its websites. Despite those repeated notices, LTS has used and continues to use the subject images without authorization by or payment to Getty Images or the photographers it represents.

13. Getty Images has submitted applications to register the photographic images described in Paragraph 11 with the United States Copyright Office, as follows:

    a. Photographic image entitled "Teamwork in electronic manufacturing" (Getty Images' Catalog No. 103340578),[2] Application for Copyright Certificate of Registration, Service Request # 1-3998231211 (dated September 15, 2016), a true and correct copy of which is attached hereto as Exhibit A;

    b. Photographic image entitled "Businessman at desk, touching globe" (Getty Images' Catalog No. 200191643-002), Application for Copyright Certificate of Registration, Service Request # 1-3998257152 (dated September 15, 2016), a true and correct copy of which is attached hereto as Exhibit B;

    c. Photographic image entitled "Man working on computer in home office" (Getty Images' Catalog No. 89987460), Application for Copyright

---

[1] Getty Images also sought removal of six additional images that are part of the Getty Images' Catalog but that are not currently the subject of this action. In the event that copyright registrations are filed with respect to some or all of those additional images, Getty Images will seek leave to amend its complaint to incorporate the same.

[2] In Getty Images' Catalog, credit for the identified image is listed under the business name used by the photographer.

COMPLAINT

1      Certificate of Registration, Service Request # 1-3995345871 (dated September

2      14, 2016), a true and correct copy of which is attached hereto as Exhibit C;

3          d.     Photographic image entitled "Man working on formula" (Getty

4      Images' Catalog No. 85988902), Application for Copyright Certificate of

5      Registration, Service Request # 1-3995345996 (dated September 14, 2016), a

6      true and correct copy of which is attached hereto as Exhibit D;

7          e.     Photographic image entitled "Businessman sitting on chair,

8      smiling, portrait" (Getty Images' Catalog No. 72930798), Application for

9      Copyright Certificate of Registration, Service Request # 1-3998444486 (dated

10     September 15, 2016), a true and correct copy of which is attached hereto as

11     Exhibit E; and

12          f.     Photographic image entitled "Businessman on street, low angle

13     view" (Getty Images' Catalog No. 200122311-001), Application for Copyright

14     Certificate of Registration, Service Request # 1-3998444720 (dated September

15     15, 2016), a true and correct copy of which is attached hereto as Exhibit F.

16     14.     Getty Images brings this action to enjoin defendant LTS's continuing

17 infringements of copyrights and to recover damages therefor and to obtain other relief

18 described in this Complaint.

19 <center>**FIRST CLAIM**</center>

20 <center>**Copyright Infringement, 17 U.S.C. § 501,** *et seq.*</center>

21     15.     Getty Images repeats and incorporates by this reference each and every

22 allegation set forth in paragraphs 1 through 14, inclusive.

23

COMPLAINT

-- 7 --

16. Getty Images is the owner or exclusive licensee of the photographic images that are the subject of this action.

17. As to those images exclusively licensed to Getty Images, Getty Images has been granted the exclusive right to market and sublicense to others certain rights in and to those images, including the right to copy, reproduce, display, create derivative works of and publish in whole or part the images. Additionally, Getty Images has been granted the exclusive right to make and control claims related to infringements of copyrights in the images. True and correct copies of the Applications for Certificates of Registration for the subject images, issued by the United States Copyright Office, are attached as Exhibits A through F.

18. Defendant LTS has reproduced, displayed to the public, distributed and made other infringing uses of the subject images, and continues to do so, without authorization by or payment to Getty Images, including LTS's infringing use of those images on its websites www.legaltechnologystaffing.com and www.lts-inc.com.

19. Defendant LTS has continued to reproduce, display to the public, distribute and make other infringing uses of the subject images despite receiving written notice in August 2015 from Getty Images regarding its rights to those images.

20. As a result of its conduct, defendant LTS is liable to Getty Images for copyright infringement.

## **PRAYER FOR RELIEF**

Wherefore, plaintiff Getty Images respectfully requests that this Court grant the following relief:

COMPLAINT

1        a.      That the Court enter a judgment against defendant LTS finding that it liable for infringing the copyrights in the photographic images identified in Exhibits A through F, in violation of 17 U.S.C. § 501;

       b.      That the Court enter an order, pursuant to 17 U.S.C. § 502(a), enjoining and restraining defendant LTS, and any persons or entities acting directly or indirectly on its behalf, from reproducing, displaying to the public, distributing or making any other infringing uses of the photographic images identified in Exhibits A through F;

       c.      That the Court enter an order, pursuant to 17 U.S.C. § 504(b), declaring that defendant LTS holds in trust, as constructive trustees for the benefit of Getty Images, all profits received by LTS from its reproduction, display to the public, distribution or other infringing uses of the photographic images identified in Exhibits A through F, and requiring LTS to provide Getty Images a full and complete accounting of all profits it received that derive from its infringing use of the images, including LTS's use of those images on its websites www.legaltechnologystaffing.com and www.lts-inc.com;

       d.      That the Court order defendant LTS to pay damages to Getty Images, in an amount to be proved at trial, including an award of actual damages suffered by Getty Images as a result of the infringements together with all profits of LTS that are attributable to those infringements, pursuant to 17 U.S.C. § 504(b);

       e.      That the Court order prejudgment interest on the amount of any award to Getty Images; and

///

///

f.   That the Court grant to Getty Images such other and additional relief as is just and proper.

DATED:  September 22, 2016.

**YARMUTH WILSDON PLLC**

By: */s/ Scott T. Wilsdon*
Scott T. Wilsdon (SBN 138987)
  wilsdon@yarmuth.com
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Tel:  (206) 516-3800
Fax: (206) 516-3888

*Attorneys for Plaintiff Getty Images (US), Inc.*